# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2020 KW 0235

**MAY 2 8 2020**

---

In Re:    Andre Thomas, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 04-18-0599.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
a  copy  of  the  motions  filed  with  the  district  court,  the
indictment, all pertinent minute entries and/or transcripts, and
other portions of the district court record that might support
the claims raised in the writ application.  Supplementation of
this writ application and/or an application for rehearing will
not be considered.  See Uniform Rules of Louisiana Courts of
Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file
a new application with this court, the application must be filed
on or before July 31, 2020.  Any future filing on this issue
should  include  the  entire  contents  of  this  application,  the
missing items noted above, and a copy of this ruling.

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY  CLERK  OF  COURT
        FOR THE COURT